JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIA HERNANDEZ, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>C & W FACILITY SERVICES INC., an Unknown Business Entity; JAVIER DOE, an Individual; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 2:20-CV-00219-SVW<br><br>[Removed from Los Angeles Superior Court, Case No. 19CHCV00909]<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of Voluntary Dismissal of Action Pursuant to F.R.C.P. 41(a)(1) in the above-captioned action is dismissed in its entirety with prejudice.

Each party shall bear her/its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: March 9, 2020

_/s/ Stephen V. Wilson_
Hon. Stephen V. Wilson
Judge, United States District Court

CAROTHERS DiSANTE & FREUDENBERGER LLP

1603124.1

PROPOSED ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ACTION